### R. M. SLOAN v. THE STATE.

No. 1535. Decided March 16, 1898.

**Appearance Bail Bond—Impossible Date.**

A bail bond executed on the 22d day of February, 1897, which required the principal to appear before the District Court on April 12, 187, states an impossible date and term of court, and is a nullity.

APPEAL from the District Court of Hardeman. Tried below before Hon. G. A. BROWN.

Appeal from a judgment final on a forfeited bail bond.

No statement necessary.

*B. B. Green* and *J. M. Standlee,* for appellant.—A bail bond is void that requires the principal to appear at an impossible date. Mackey v. State, 38 Texas Crim. Rep., 24; Williamson v. State, 12 Texas Crim. App., 169; Thomas v. State, 12 Texas Crim. App., 417; Brite v. State, 24 Texas, 219.

*W. W. Walling* and *Mann Trice,* Assistant Attorney-General, for the State, confessed error, in that the bond stated an impossible date.

DAVIDSON, JUDGE.—This is an appeal from a judgment final on a forfeited bail bond. The bond was executed on February 22, 1897, by Ross Sloan, as principal, with four sureties, requiring said Sloan to appear before the District Court of Hardeman County to be held April 12, 187. The point was made below that it required the presence of said Ross Sloan at an impossible date and term of the court. This was overruled by the trial court, and judgment final was rendered. This ruling was made a ground of the motion for a new trial, and is assigned as error here. The point is well taken, and the State confesses error. Under the unbroken line of decisions in this State, the judgment must be reversed. See Mackey v. State, 38 Texas Crim. Rep., 24, and authorities there cited. The judgment is reversed, and the prosecution ordered dismissed.

*Reversed and ordered dismissed.*